1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                           SOUTHERN DIVISION
10

| | |
|---|---|
| CANDICE WILLIAMS, an individual, on behalf of herself and all others similarly situated, | Case No.: 8:15-cv-01597-AG-KES |
| Plaintiff, | **CLASS ACTION** |
| vs. | **Judgment** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, a business entity, form unknown; and Does 1 through 25, inclusive, | |
| Defendants. | Hon. Andrew J. Guilford<br>Courtroom 10D |

Case 8:15-cv-01597-AG-KES   Document 30   Filed 02/27/17   Page 2 of 3   Page ID #:329

1  On February 6, 2017, the court granted the plaintiff's unopposed motion for approval
2  of the class-action settlement, for attorney's fees and costs, and for a class representative
3  award. ECF No. 26. Pursuant to the terms of this settlement, the court hereby dismisses the
4  case with prejudice and authorizes entry of judgment.

5  Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment.
6  The Clerk of the Court shall close the file in this matter.

7  **IT IS SO ORDERED.**

9  Dated: February 27, 2017

   _____
   Hon. Andrew J. Guilford
   United States District Court Judge

Proof of Service
*Williams v. Bank of America, N.A., et al.*   Case No. 8:15-cv-01597-AG-KES
Page 1

## PROOF OF SERVICE

I, the undersigned, hereby declare: I am employed in the County of Alameda, California; I am over eighteen years of age and not a party to the within action. I am either admitted to practice before this Court or employed in the Office of an attorney admitted to practice in this Court. My business address is 7677 Oakport, Suite 1150, Oakland, California 94621.

On this date, I served the following:

**Judgment**

as follows:

| | |
|---|---|
| Matthew C. Kane, Esq.<br>Michael D. Mandel, Esq.<br>Regina A. Musolino, Esq.<br>Sylvia J. Kim, Esq.<br>MCGUIRE WOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067 | Attorney for Defendants Bank of America, N.A. |

___ [By Mail]   I caused such envelope, with postage fully prepaid, to be placed in the United States mail at Oakland, California.

_X_ [By Electronic Transmission]   I hereby certify that on this date, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

___ [By Facsimile Transmission, C.C.P. § 1013(e),(f)]   I caused such document to be transmitted by facsimile transmission to a facsimile machine maintained by the person(s) listed in the attached service list and at the fax numbers on that list which are the facsimile numbers last given by the addressee(s) on documents filed in this cause. I received electronic confirmation that said transmission had occurred.

___ [By Personal Service]   I caused such envelope to be delivered by hand to the above address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 27, 2017

_____
Norma Dale

Proof of Service
*Williams v. Bank of America, N.A., et al.*   Case No. 8:15-cv-01597-AG-KES
Page 2